

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00838-CV

**IN RE** Joe Anthony **ESPINOZA**

Original Mandamus Proceeding[1]

### ORDER

On December 2, 2019, relator filed a petition for writ of mandamus complaining of the trial court's refusal to rule on his "Motion to Dismiss for Lack of Jurisdiction." Real party in interest filed a response to the petition in which she stated "no objection to . . . [relator] asking for a Trial Court ruling on the issue of standing." After reviewing the petition, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R APP. P. 52.8(c).

The Honorable Susan Harris is ORDERED to rule on relator's "Motion to Dismiss for Lack of Jurisdiction" within fourteen days from the date of this order. The writ will issue only if we are notified that Judge Harris has failed to act as directed within fourteen days from the date of this order.

It is so **ORDERED** on January 8, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915-C, styled *In the Interest of J.A.E., Jr., a Child*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.